DATE: November 3, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Mark Spencer Cady
   v. Commonwealth of Virginia
   Record No. 1595-19-4
   Opinion rendered by Judge Malveaux
     on August 11, 2020
   Judgment of Court of Appeals reversed and final judgment entered
     reinstating trial court's conviction order by opinion rendered on October 28, 2021
   (201204)

2. Norman L. Blowe, Jr.
   v. Commonwealth of Virginia
   Record No. 0680-19-4
   Opinion rendered by Judge Russell
     on October 27, 2020
   Dismissed as to assignment of error IV (Rule 5:17(c)(1)(iii)) and refused as to other
     assignments of error (210241)

3. Jordan Alexander Price
   v. Natasha Yvonne Peek, f/k/a Natasha Y. Price
   Record No. 0852-20-3
   Opinion rendered by Chief Judge Decker
     on December 22, 2020
   Refused (210089)

4. Ryan Thomas Pick
   v. Commonwealth of Virginia
   Record No. 1945-19-2
   Opinion rendered by Judge O'Brien
     on January 12, 2021
   Refused (210173)

5. Lamont Lendell Bagley
   v. Commonwealth of Virginia
   Record No. 0249-20-2
   Opinion rendered by Chief Judge Decker
     on February 23, 2021
   Refused (210390)

6. <u>Juan Luis Lopez</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 0266-20-1
   Opinion rendered by Judge Athey
     on March 2, 2021
   Refused (210427)